ORIGINAL

FILED

05/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0259

DONNIE NOLAN,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

MAY 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant has filed a motion for a 60-day extension of time to file his reply brief in the referenced matter. Good cause appearing.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until July 26, 2020, within which to file the reply brief.

DATED this 29th day of May, 2020.

For the Court,

_____
Chief Justice